UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
TIME WARNER CABLE OF
NEW YORK CITY

        V

WILLIAM PURDY et al
-----------------------------------------------------X

**ORDER**
CV99-4898 (JBW)

JACK B. WEINSTEIN, Senior District Judge:

Plaintiff moves for approval of the Magistrate Judges's order of July 30, 2001. It is approved for the reasons stated in the report. The Clerk shall issue a judgment. No costs or disbursements are granted except as in the Magistrate Judge's report.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES
DISTRICT JUDGE

Dated: 5/22/07
Brooklyn, New York

